DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONNA J. WIRS,**
Appellant,

v.

**JEFFREY D. WIRS,**
Appellee.

No. 4D20-259

[December 17, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale Cohen, Judge; L.T. Case No. FMCE05-3343.

Steven R. Brenners, Coral Springs, for appellant.

Meaghan K. Marro of Marro Law, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***